AO 243
(Rev. 6/82)

## MOTION UNDER 28 USC § 2255 TO VACATE, SET-ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

(If movant has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment.)

## MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

(1) This motion must be legibly handwritten or typewritten, and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt, your motion will be filed if it is in proper order. No fee is required with this motion.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute form DC 12, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in different districts, you must file separate motions as to each such judgment.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

(7) When the motion is fully completed, the original and at least two copies must be mailed to the clerk of the United States District Court whose address is

(8) Motions which do not conform to these instructions will be returned with a notation as to the deficiency.

IN THE UNITEDSTATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AO 243
PEN CASE

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

United States District Court

| Name of Movant | District |
| --- | --- |
| ANTHONY ZANUCCOLI | MASSACHUSETTS |

| Place of Confinement | Prisoner No. | Docket No. |
| --- | --- | --- |
| F.C.I. FORTDIX NJ. | 24194-038 | 02-10149 |

UNITED STATES OF AMERICA

V.

(include name upon which convicted)
ANTHONY W. ZANUCCOLI
(full name of movant)

MOTION

1. Name and location of court which entered the judgment of conviction under attack __UNITEDSTATES DISTRICT COURT OF MASSACHUSETTS   1st CIRCUIT__

2. Date of judgment of conviction __SENTENCED 10-2-03   ENTERED 10-20-03__

3. Length of sentence __240 MONTHS__

4. Nature of offense involved (all counts) __COUNTS 1-CONSPIRACY TO DISTRIBUTE HEROIN 21 U.S.C. §846, COUNT 2 DISTRIBUTION OF HERION, COUNT 3 DISTRIBUTION OF HERION, IN VIOLATION OF 21U.S.C. 841(a)__

5. What was your plea? (Check one)
   (a) Not guilty  ☐
   (b) Guilty  ☒
   (c) Nolo contendere  ☐

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

__NA__

6. Kind of trial: (Check one)
   (a) Jury  ☐
   (b) Judge only  ☒

7. Did you testify at the trial?
   Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐  No ☒

(2)

9. If you did appeal, answer the following:

   (a) Name of court _____ **NA** _____

   (b) Result _____ **NA** _____

   (c) Date of result _____ **NA** _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____ **NA** _____

    (2) Nature of proceeding _____ **NA** _____

    _____ **NA** _____

    (3) Grounds raised _____ **NA** _____

    _____ **NA** _____

    _____ **NA** _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐ No ☒

    (5) Result _____ **NA** _____

    (6) Date of result _____ **NA** _____

    (b) As to any second petition, application or motion give the same information: **NA**

    (1) Name of court _____ **NA** _____

    (2) Nature of proceeding _____ **NA** _____

    _____ **NA** _____

    (3) Grounds raised _____ **NA** _____

    _____ **NA** _____

 (4) Did you receive an evidentiary hearing on your petition, application or motion?
  Yes ☐ No ☒

 (5) Result _____ **NA** _____

 (6) Date of result _____ **NA** _____

(c) As to any third petition, application or motion, give the same information:

 (1) Name of court _____ **NA** _____

 (2) Nature of proceeding _____ **NA** _____

 (3) Grounds raised _____ **NA** _____

 (4) Did you receive an evidentiary hearing on your petition, application or motion?
  Yes ☐ No ☒
 (5) Result _____ **NA** _____
 (6) Date of Result _____ **NA** _____

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
 (1) First petition, etc.    Yes ☐ No ☒
 (2) Second petition, etc.    Yes ☐ No ☒
 (3) Third petition, etc.    Yes ☐ No ☒

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
_____ **NO** _____

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.
CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

 For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

 Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

 (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
 (b) Conviction obtained by use of coerced confession.

(4)

AO 243
REV 6/82

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: INEFFECTIVE ASSISTANCE OF COUNSEL FOR DENIAL TO FILE APPEAL, WHEN REQUESTED TO DO SO.

Supporting FACTS (tell your story briefly without citing cases or law: ON JULY10-2003, AFTER I WAS SENTENCED, I INSTRUCTED MY COUNSEL LEO SOROKIN TO APPEAL MY SENTENCE, HE STATED "IT's AS GOOD AS DONE", BUT I DON'T SEE NO ISSUES TO RAISE. I TOLD HIM TO APPEAL MY SENTENCE ANYWAY, HE HAS NOT. (see memorandum attached)

B. Ground two: FAILURE TO DISCLOSE MATERIAL FACTS OR MISREPRESENTATION OF MATERIAL FACTS TO DEFENDANT.

Supporting FACTS (tell your story briefly without citing cases or law): MOVANTS ATTORNEY FAILED TO DISCLOSE A LETTER FROM THE VICTIMS SISTER THAT SHOWED MOVANTS INNOCENSE, THAT SHOWED THE VICTIM WAS TRYING TO COMITT SUESIDE, WHEREBY MOVANT LACKED THE INTENT, AND WAS JUST A CO-PURCHASER OF THE DRUGS, AND AN ADDICT AS WELL.

C. Ground three: COERCED GUILTY PLEA; ~~IMPROPER INDICTMENT,~~ FIFTH AMEND. VIOLATION.

Supporting FACTS (tell your story briefly without citing cases or law): MOVANTS DUE PROCESS RIGHTS WERE VIOLATED WHEN HE WAS SENTENCED FOR CONDUCT THAT WAS NOT CHARGED IN HIS INDICTMENT, NOR WAS MOVANT INFORMED BY HIS COUNSEL OF THE BURDON OF PROOF, IN VIOLATION OF HIS 5th AMEND. AND APPRENDI 147 Led2nd 435 (JUNE 2000), ~~AND BLAKEY~~ (2004 WL 177025)

(5)

AO 243
REV 6/82

THIS ISSUE WILL BE BRIEFED IF THIS COURT GRANTS MOVANTS MOTION TO STAY GROUNDS 2, AND 3.

D. Ground four: MOVANTS ATTORNEY GAVE INCORRECT ADVICE CONCERNING APPLICATION OF SENTENCING GUIDELINES, WHEN HE TOLD MOVANT THE GUIDE LINES DIDNOT APPLY TO HIM

Supporting FACTS (tell your story *briefly* without citing cases or law): MOVANTS ATTORNEY TOLD HIM THAT IF HE DIDNOT TAKE THE PLEABARGAN THE GOVERMENT WAS OFFERING, HE WOULD GET LIFE IN PRISON, AND THE SENTENCING GUIDELINES DIDNOT APPLY. (WILL BRIEF ISSUE, IF THIS HONORABLE COURTS GRANTS MOVANTS MOTION TO STAY)

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

NA

NA

NA

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing  LEO SOROKIN- FEDERAL DEFENDERS OFFICE.
408 ATLANTIC AV. BOSTON MA.

(b) At arraignment and plea  SAME.

(c) At trial  SAME

(d) At sentencing  SAME.

(6)

AO 243
REV 6/82

(e) On appeal_____ NA.

(f) In any post-conviction proceeding _____ NA.

(g) On appeal from any adverse ruling in a post-conviction proceeding _____ NA.

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐ No ☒

   (a) If so, give name and location of court which imposed sentence to be served in the future: _____
       NA.

   (b) Give date and length of the above sentence: _____ NA.

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
       Yes ☒ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

9/29/2004
(date)

_____
Anthony Gianncoli
Signature of Movant

(7)

Leo Sorokin, Esq.  
Federal Defenders Office  
Dist. of Massachusetts  
408 Atlantic Avenue, 3rd. Fl.  
Boston, MA. 02110

August 10, 2004

Mr. Sorokin,

I'm writing to request that you send me the transcripts/documents of my case. As a matter of equal protection, transcripts must be provided to indigent prisoners as "basic tools" for an adequate appeal, Britt v. North Carolina, 464 U.S. 226, 30 L. Ed. 2d 402, 92 S. Ct. 431 (1971) at 2. This is also upheld in 2000 by the Sixth Circuit in U.S. v. Osoba, 213 F. 3d 913, 917 (6th Circuit 2000) which states: "It is clear that for example, a transcript of a prior preceding is necessary for the proper pursuit of an appeal." These transcripts/documents can be obtained under the Criminal Justice Act and Title 18 U.S.C. § 3006 (A), and § 3006(e)(1). You can motion for funds to obtain transcription of these documents.

I have sent a copy of this letter to the clerk of Courts for their record and assistance. I will be awaiting your response to my request. I thank you in advance for your attention and assistance in this matter.

Sincerely,

Anthony Zanuccoli  
24194-038  
F.C.I. Fort Dix  
P.O. Box 2000  
Fort Dix, N.J. 08640

cc: Clerk of Courts