UNITEDSTATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY ZANUCCOLI
    Petitioner,
  V.

UNITEDSTATES OF AMERICA,
    Respondent.

CIVIL NO._____
02-10149-JLT

MEMORARDUM OF LAW IN SUPPORT

OF PETITIONER'S PETITION PURSUANT TO

28 U.S.C.§ 2255

    COMES NOW, ANTHONY ZANUCCOLI, petitioner, pro-se, repectfully filing a memorandum of law in support of the instant petition. Petitioner respectfully ask this Honorable Court to incorporate the memorandum of law with his petition pursuant to 28 U.S.C. §2255 making it part thereof.

    Petitioner respectfully ask this court to stay the issues presented in grounds two, and three of his motion until movant can obtain a complete copy of his transcripts from the court, or his attorney, who doesnot respond to the request's from movant.

    AT this time, Petitioner is raising one issue claiming his trial Counsel's representation fell below a reasonable standard as defined by Strickland and thus was ineffective. Strickland V. Washington, 466 U.S.668 (1984).

    IN support thereof:
At the end of petitioner's sentencing hearing Petitioner specifically requested that his Counsel notify the Court of the fact Petitioner wished to appeal his sentence.

(1)

Petitioner's counsel did notify the court that the defendant wanted to file an appeal but then failed to follow through and file same. The petitioner has requasted a copy of his sentencing transcript but to date has not received same. (see Exibit "A")

AN attorney's failure to file an appeal, when requested by his client to do so, is per se ineffective assistance of Counsel-irrespective of the merits of the appeal. Evitts V. Lucey, 469 U.S. 387, 391-405 (1985); Unitedstates V. Peak, 992 F.2d 39, 42 (4thcir. 1993)(Where Counsel is requested to appeal but fails to do so, prescribed ramedy is to vacate original judgment and enter a new judgment from which appeal can be taken), also Unitedstates v. Tajeddini, 945, F.2d 458, 467 (1st cir. 1991).

The record is clear in the case at bar. Defendant requested Counsel to file a timely appeal and Defendant's Counsel failed to do so.

## CONCLUSION

For the foregoing reasons Petitioner respectfully requests that this Honorable Court to vacate his judgment and enter a new judgment from which a timely appeal can be taken. Petitioner further respectfully requests that the appropriate Court appoint him aiternative Counsel to file his appeal.

SepT 29, 2004
Dated

Anthony Zapuccoli
# 24194-038
F.C.I. Fortdix
P.O. box 2000
Fortdix NJ. 08640

(2)

## CERTIFICATE OF SERVICE

I Anthony Zanuccoli, hereby certify that I have sent a complete copy of my petition pursuant to 28U.S.C. §2255 and supporting Memorandum of Law postage prepaid via U.S. First class mail to;

on the date listed below.

SepT 29, 2004
Dated

*Anthony Zanuccoli*

(3)

## VERIFICATION

I ANTHONY ZANUCCOLI, hereby declare under penalty of perjury that the facts stated in the foregoing memorandum are true and correct.

9/29/2004
Dated

Anthony Zanuccoli
F.C.I. fortdix
P.O. box 2000
Fortdix NJ. 08640

(4)