```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

ANTHONY ZANUCCOLI                    )
           Petitioner,               )
           v.                        )   C.A. No. 04-12170-JLT
                                     )
UNITED STATES,                       )
           Respondent.               )
```

## MEMORANDUM AND ORDER

On October 8, 2004, petitioner Anthony Zanuccoli, now

incarcerated at FCI Fort Dix in New Jersey, filed his self-

prepared motion under 28 U.S.C. § 2255 to vacate, set aside,

or correct sentence.

Although Zanuccoli has accompanied his pleadings with a

Declaration in Support of Request to Proceed In Forma

Pauperis,  ("Application"), the Court will not rule on the

Application because no fee is required for a Section 2255

filing. See Rules Governing Section 2255 Proceedings for the

United States Courts, Rule 3, Advisory Committee Notes 1976

Adoption ("There is no filing fee required of a movant under

these rules.").

## ORDER

ACCORDINGLY, for the reasons stated above, it is hereby

ORDERED, Zanuccoli's Motion to Proceed In Forma Pauperis

(Docket No. 1) is denied as moot; and it is further

ORDERED, the Clerk shall serve a copy of the Motion to

Vacate, Set Aside, or Correct Sentence by a Person in Federal

Custody upon the office of the United States Attorney; and it

is further

ORDERED, the Respondent shall, within 20 days of receipt

of this Order, file an answer (or other responsive pleading)

to the Motion to Vacate, Set Aside or Correct Sentence.


SO ORDERED.

Dated at Boston, Massachusetts, this  25th day of October
2004.


                            /s/ Joseph L. Tauro
                           JOSEPH L. TAURO
                           UNITED STATES DISTRICT JUDGE