UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY ZANUCCOLI          ) | |
| ) | |
| v.                        ) | CIVIL NO. 04-12170-JLT |
| ) | |
| UNITED STATES OF AMERICA   ) | |
| ) | |

### GOVERNMENT'S MOTION TO CONTINUE RESPONSE DATE

The United States of America hereby moves that the time for the government to file a response to the Petition in this case be extended for 90 days. As grounds therefore, the undersigned states that, in order to respond to the Petition, the government will need copies of the plea and sentencing transcripts and that the undersigned is presently scheduled to go to trial on November 8, 2004 in United States v. Martinez, 03-10323-NG.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By: /s John A. Wortmann, Jr.
    JOHN A. WORTMANN, JR.
    Assistant U.S. Attorney
    (617) 748-3207

CERTIFICATE OF SERVICE

    I, JOHN A WORTMANN, JR., Assistant U.S. Attorney, do hereby certify that I have this 29th day of October, 2004, served the copy of the foregoing by mail to the Petitioner.

          /s John A. Wortmann, Jr.
          JOHN A. WORTMANN, JR.
          Assistant U.S. Attorney