UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY ZANUCCOLI )<br>)<br>    v.        )<br>)<br>UNITED STATES OF AMERICA )<br>) | CIVIL NO. 04-12170-JLT |

GOVERNMENT'S MOTION FOR AN ORDER
DIRECTED TO PETITIONER'S TRIAL COUNSEL

The government respectfully requests that this Court enter an order directing petitioner's trial counsel, Leo Sorokin, Esq., to file in court within 30 days an affidavit recounting his discussions with petitioner regarding a possible appeal in this case.  As grounds therefor, the government states that petitioner Anthony Zanuccoli ("Zanuccoli") has claimed in this §2255 proceeding that the advice provided by Attorney Sorokin regarding a possible appeal of the sentence in the underlying criminal case amounted to ineffective assistance of counsel, requiring that this Court vacate the criminal judgment in order to reinstate his otherwise forfeited right of appeal.  By filing a Petition under 28 U.S.C. § 2255 alleging ineffective assistance of counsel, zanuccoli has waived the attorney client privilige.  E.g., Greater Newburyport Clamshell Alliance v. Public Service Co., 838 F.2d 13, 19 (1st Cir. 1988) ("The sixth amendment provides a shield for the attorney-client privilege only in criminal proceedings; upon the termination of those proceedings and initiation of a civil action putting the privilege at issue, that

constitutional protection ends.") This motion is filed at the request of Attorney Sorokin, who wishes not to divulge attorney-client confidences, unless directly ordered to do so by this Court.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                        By:  /s John A. Wortmann, Jr.
                              JOHN A. WORTMANN, JR.
                              Assistant U.S. Attorney

October 29, 2004

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

        Anthony Zanuccoli
        24194-038
        FCI Fort Dix
        PO Box 2000
        Fort Dix, N.J. 08640

        Leo Sorokin, Esq.
        Federal Defender Office
        408 Atlantic Avenue, 3rd Floor
        Boston, MA 02210

This 29th day of October, 2004.

                                    /John A. Wortmann, Jr.
                                  JOHN A. WORTMANN, JR.

ASSISTANT UNITED STATES ATTORNEY