UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CV. NO. 02-12170-JLT |
| | ) | |
| ANTHONY ZANUCCOLI | ) | |

NOTICE OF FILING

   I, Leo Sorokin, hereby file the attached Affidavit.

                                     /s/ Leo T. Sorokin
                                     Leo T. Sorokin
                                     Federal Defender Office
                                     408 Atlantic Ave., 3rd Floor
                                     Boston, MA  02110
                                     Tel: 617-223-8061

CERTIFICATE OF SERVICE

   I, Leo T. Sorokin, hereby certify that a true copy of the above document was served upon Assistant United States Attorney John Wortmann by delivery and upon Anthony Zanuccoli, FCI Fort Dix, P.O. Box 2000, Fort Dix, NJ 08640 by first-class mail on December 30, 2004.

                                     /s/ Leo T. Sorokin
                                     Leo T. Sorokin