UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>ANTHONY ZANUCCOLI    ) | CV. NO. 04-12170-JLT |

AFFIDAVIT OF LEO SOROKIN

I, Leo Sorokin, being duly sworn, hereby state as follows:

1. I am an Assistant Federal Defender in the Federal Defender Office for the District of Massachusetts. Anthony Zanuccoli was represented by the Federal Defender Office in the case of United States v. Zanuccoli, Cr. No. 02CR10149-JLT. I represented Mr. Zanuccoli throughout the pendency of this matter in the District Court.

2. I am filing this affidavit pursuant to this Court's Order directing undersigned counsel to file an affidavit describing counsel's discussions with Mr. Zanuccoli regarding a possible appeal.

3. I have read Mr. Zanuccoli's Motion under 28 U.S.C. § 2255. I have reviewed, generally, my file on Mr. Zanuccoli's case.

4. I have no recollection of Mr. Zanuccoli directing me to file a notice of appeal. It is my usual practice to file a notice of appeal on behalf of any client that so asks whether or not, in my opinion, the client has any non-frivolous issues to press on an appeal.

Signed and sworn under the pains and penalties of perjury this ___ day of December, 2004.

/s/ LEO T. SOROKIN
LEO T. SOROKIN