IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTHONY ZANUCCOLI,
  movant,

  V.          Civ. No. 04-12170-JLT

UNITED STATES OF AMERICA,
  respondent.

---

## MOTION FOR TRANSCRIPTS INFORMAPAUPERIS UNDER §1915

## TO SUPPORT MOVANTS FORTHCOMING § 2255 MOTION

---

  **NOW COMES,** Movant, Anthony Zanuccoli pro-se, and respectfully moves this Honorable Court to provide a copy of his transcripts Pre-Paid Informapauperis, so that he can support his factual allegations, and also that he requested his attorney to file an appeal at sentencing. In support of movant states:

(1) As a matter of equal protection, transcripts must be provided to indigent prisoners as "basic tools" for an adequate appeal, Britt V. North Carolina, 464 U.S. 226, 30 L.Ed2d 402, 92 S.Ct 431 (1971 at 2*. This was also up held in 2000 by the 6th circuit in U.S. V. Osoba, 213 F.3d 913,917(6th cir.2000) at 9., which states: It is clear that for example, a transcript of a prior proceeding is necessary for the proper pursuit of an appeal. These transcrip -ts/documents can be obtained under the Criminal Justice Act and Title 18 U.S.C.§ 3600(a), and § 3006(e)(1).

**WHEREFORE,** the following reasons Movant Prays that this Honorable Court grant this motion and order that Movant receive his tran- script without pre-payment, INformapauperis.

Dated 12-24-04        Respectfully Submitted,

              ANTHONY ZANUCCOLI

<u>CERTIFICATE OF SERVICE</u>

I ANTHONY ZANUCCOI I hereby certify that on this date I served

a true and correct copy of this motion on the following;

Assistant u.s. Attorney
John A. Wortmann,jr.
Johh j. Moakley Courthouse, suite 9200
1 Courthouse way
Boston, MA 02210


By, depositing a true and correct of this motion into the mail

box located at F.C.I. Fortdix NJ. properly addresed and postage

pre-paid first class U.S. mail.


Dated 12-21-04

B.O.P. #24194-038
ANTHONY ZANUCCOI I
F.C.I.Fortdix
P.O.box 2000
Fortdix NJ.08640