UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY ZANUCCOLI, )<br>)<br>Petitioner, )<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | CIVIL ACTION<br>NO. 04-12170-JLT |

ORDER

November 2, 2006

TAURO, J.

    Upon consideration of the Parties' motions and memoranda, this court hereby orders:

1.     Petitioner Anthony Zanuccoli's Motion to Vacate, Set Aside, or Correct Sentence (2255) is DENIED.

    IT IS SO ORDERED.

                                                                     /s/ Joseph L. Tauro
                                                    United States District Judge